UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICHARD ANTHONY HEMPHILL**            **CIVIL ACTION**

**VERSUS**                              **NO. 07-5565**

**ST. TAMMANY PARISH**                  **SECTION: "A"(3)**
**CORONERS OFFICE, ET AL.**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion to dismiss filed by the St. Tammany Parish Coroner's Office and Dr. Peter Galvan is **GRANTED**. **IT IS FURTHER ORDERED** that the plaintiff's claims against those defendants are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 12th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE