UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD ANTHONY HEMPHILL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-5565** |
| **ST. TAMMANY PARISH CORONER'S OFFICE** | **SECT. A, MAG. 3** |

### AFFIDAVIT OF DR. RICHARD INGLESE

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

      **BEFORE ME,** Notary Public, came and appeared Dr. Richard Inglese, Medical Director of the St. Tammany Parish Sheriff's Office, who after being duly sworn did depose and state:

1.    I am Dr. Richard Demaree Inglese and I have a M.D. degree from the University of Pennsylvania School of Medicine and I am licensed to practice medicine in the state of Louisiana.

2.    I have qualified as an expert in both state and federal courts in the areas of internal medicine, correctional health care, infection control, HIV, Hepatitis C, and Tuberculosis.

3.    I have the qualifications set forth in the attached Curriculum Vitae.



4. Among my other duties, I am the Medical Director of the St. Tammany Parish Sheriff's Office and I know the facts set forth in this affidavit of my own personal knowledge.

5. I have personally reviewed the St. Tammany Parish Jail Medical Records of inmate Richard Anthony Hemphill.

6. The St. Tammany Parish Medical Staff responded to numerous requests for medical treatment made by inmate Richard Hemphill.

7. Mr. Hemphill came to the St. Tammany Parish Jail with numerous, facial injuries and was promptly referred to and seen at the Medical Center of Louisiana.

8. Mr. Hemphill was brought for follow-up appointments at the Medical Center of Louisiana (MCL) as instructed, and all treatment recommendations made by MCL specialists were followed.

9. Mr. Hemphill was disengaged from both the Oral Maxillofacial and Ophthalmology Clinics when they felt no additional treatment was indicated.

10. Mr. Hemphill repeatedly requested re-evaluation of his injuries and, thus, was referred back to MCL for a second opinion.

11. He was again disengaged from Specialty Clinics when further treatment was deemed unnecessary.

12. Inmate Richard Hemphill only submitted one complaint concerning the medical care he was receiving at the St. Tammany Parish Jail. That complaint was promptly dealt with by reviewing his medical records and a response was given to the inmate and he never submitted a grievance concerning his medical treatment in accordance with the St. Tammany Parish Jail's Administrative Remedy Procedure.

13. Any complaint or grievance submitted by an inmate concerning medical treatment is referred directly to the medical department and a member of the jail medical staff promptly responds to the complaint or grievance.

14. If an inmate is not satisfied with the response, the inmate may appeal the response to me and if he is still not satisfied with my response, he may then appeal to the Sheriff.

15. Inmate Richard Hemphill did not exhaust all his administrative remedies as required by the St. Tammany Parish Jail Administrative Remedy Procedure concerning his denial of medical treatment claim prior to filing his lawsuit.

_____
Richard Demaree Inglese, M.D.
St. Tammany Parish Jail
Medical Director

Sworn to and subscribed before me,
This ____ day of December, 2008.

_____
R. Bradley Lewis (Bar No. 08657)
Notary Public